1056

[No. 51609-4-I.  Division One.  December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL LARENCE
SHOALS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-03965-7, Michael S. Spearman, J., entered
November 18, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51651-5-I.  Division One.  December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FARHAD EZZEDINE
KHELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-02994-5, Cheryl B. Carey, J., entered
December 16, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51673-6-I.  Division One.  December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
COREY BEITO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00243-0, Deborah D. Fleck, J., entered
January 2, 2003. *Affirmed* by unpublished per curiam
opinion.

[No. 51741-4-I.  Division One.  December 22, 2003.]

*In the Matter of the Marriage of* GAIL LEVY, *Respondent*,
and NEIL LEAVITT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-3-09130-0, Catherine D. Shaffer, J., entered
December 12, 2002. *Affirmed* by unpublished per curiam
opinion.